AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF    NEVADA

UNITED STATES OF AMERICA,

      Plaintiff,  
V.

$60,000.00 IN UNITED STATES CURRENCY,

      Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  3:13-cv-00101-LRH-VPC

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the United States of America's Motion for Default Judgment of Forfeiture (#9) is GRANTED. The court hereby certifies pursuant to 28 U.S.C. § 2465(a)(2) that there was reasonable cause for the seizure, arrest, and forfeiture of the defendant property.

July 23, 2013                                              **LANCE S. WILSON**  
                                                                                      Clerk

                                                                                      /s/ K. Rusin  
                                                                                      Deputy Clerk