AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF  NEVADA

UNITED STATES OF AMERICA,

      Plaintiff,     JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER:   3:13-cv-00101-LRH-VPC

$60,000.00 IN UNITED STATES CURRENCY,

      Defendant(s).

\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the United States of America's Motion for Default Judgment of Forfeiture (#9) is GRANTED. The court hereby certifies pursuant to 28 U.S.C. § 2465(a)(2) that there was reasonable cause for the seizure, arrest, and forfeiture of the defendant property.

   July 23, 2013                                     **LANCE S. WILSON**
                                                          Clerk

                                                          /s/ K. Rusin
                                                          Deputy Clerk